# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | NEIL F. MCHUGH |
| **Case Number:** | 4:09-BK-04619-EWH |
| **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 14, 2009 10:00 AM COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## Matter:

CHAPTER 11 CASE MANAGEMENT STATUS HEARING.

**R / M #:** 3 / 0

## Appearances:

ALAN R. SOLOT, ATTORNEY FOR NEIL F. MCHUGH
NEAL MCHUGH, PRESENT IN COURTROOM

## Proceedings:

Mr. Solot states they have had trouble getting the schedules on file. He thinks the information has been obtained and the paperwork can be filed.

COURT: DEBTOR HAS FIVE DAYS FROM THE DEADLINE TO GET THE SCHEDULES AND STATEMENT ON FILE.

Mr. Solot informs the court that the debtor owns three pieces of real property. One is a personal residence, second is a condominium project, and the third is a house built in Patagonia. The house in Patagonia is up for sale. There are cash collateral issues. There has been no discussion with the banks. He will be responding to motions for stay relief.

Court notes there is a hearing set on possible mandatory dismissal for April 23, 2009 due to the deficient paperwork.

C=> BG