# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NEIL F. MCHUGH | | |
| **Case Number:** | 4:09-BK-04619-EWH | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 04, 2009 02:00 PM   COURTROOM 206 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | EUNICE STROUD | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 8510 NORTH FREEMAN LANE, TUCSON, AZ 85742 FILED BY MATTHEW A. SILVERMAN OF MCCARTHY HOLTHUS LEVINE ON BEHALF OF AURORA LOAN SERVICES, LLC.

**R / M #:**   12 / 0

## *Appearances:*

MATTHEW A. SILVERMAN, ATTORNEY FOR AURORA LOAN SERVICES, Appearing in Phoenix

## *Proceedings:*

Mr. Silverman states that Mr. Solot is not feeling well and asks if the hearing could be continued.

COURT:  THE HEARING IS CONTINUED TO WEDNESDAY, JULY 1, 2009 AT 2:15 P.M.