**PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for MERS, Inc. as nominee
for JP Morgan Chase Bank
[FILE 09-009811, 09-009825 CHE]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>NEIL F. MCHUGH,<br>      Debtor. | Case # 4:09-bk-04619-EWH<br>Chapter 11 |
| MERS, INC. AS NOMINEE FOR JP MORGAN CHASE BANK, its assigns and / or successors-in-interest,<br>      Movant,<br>v.<br>NEIL F. MCHUGH,<br>      RESPONDENT. | **NOTICE OF HEARING<br>AND<br>CERTIFICATE OF SERVICE** |

**NOTICE IS HEREBY GIVEN**, that MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY were filed at docket entries #39 and #41, by Jason P. Sherman, Attorney for Movant, MERS, INC. AS NOMINEE FOR JP MORGAN CHASE BANK.

**NOTICE IS FURTHER GIVEN** that a PRELIMINARY HEARING on the MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY will be held before the Honorable Eileen W. Hollowell, United States Bankruptcy Judge, at James A. Walsh Courthouse, 38 S. Scott Ave., Courtroom 3, Room #206, Tucson, AZ 85701-1704[1], on September 3, 2009 at 2:00 p.m.

---

[1] Hearing will be conducted via video conference between Phoenix and Tucson. Phoenix counsel will appear in Courtroom #602 at the U.S. Bankruptcy Court in Phoenix and Tucson counsel will appear in Courtroom 3, Room #206 at the U.S. Bankruptcy Court in Tucson.

NOTICE OF HEARING AND CERTIFICATE OF SERVICE      PAGE 1      CASE # 4:09-BK-04619-EWH

Responsive pleadings shall be filed seven calendar days prior to the hearing.

DATED this 22 day of July, 2009.

_____
Jason P. Sherman
Attorney for Chase

**CERTIFICATE OF SERVICE**

Original filed this 24 day of July, 2009 with:

United States Bankruptcy Court
38 S Scott Ave, Suite 204
Tucson, AZ 85701

Copy of the foregoing was mailed this 24 day of July, 2009 to:

Attorney for Trustee:
ELIZABETH C. AMOROSI
OFFICE OF THE U.S. TRUSTEE
230 N. 1ST AVENUE, SUITE 204
PHOENIX, AZ 85003

Attorney for Debtor:
Alan R. Solot, Esq.
459 N. Granada Avenue
Tucson, AZ 85701

Debtor:
Neil F. McHugh
8340 North Thornydale Road Suite 110-405
Tucson, AZ 85741

By _____