# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | NEIL F. MCHUGH |
| Case Number: | 4:09-BK-04619-EWH  Chapter: 11 |
| Date / Time / Room: | THURSDAY, AUGUST 06, 2009 02:00 PM  COURTROOM 206 |
| Bankruptcy Judge: | EILEEN W. HOLLOWELL |
| Courtroom Clerk: | CINDY TURNBULL |
| Reporter / ECR: | ALICIA JOHNS |

### Matters:

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. THIRD ST., UNIT 104 FILED BY GERARD R O'MEARA OF GUST ROSENFELD PLC ON BEHALF OF PINNACLE PREMIER HOME MORTGAGE, ITS SUCCESSORS AND/OR ASSIGNS.
   R / M #:  32 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. THIRD ST., UNIT 203, TUCSON, AZ FILED BY GERARD R O'MEARA OF GUST ROSENFELD PLC ON BEHALF OF PINNACLE PREMIER HOME MORTGAGE.
   R / M #:  45 / 0

### Appearances:

GERARD R O'MEARA, ATTORNEY FOR PINNACLE PREMIER HOME MORTGAGE

### Proceedings:

MR. O'MEARA STATES NEITHER HE NOR MR. SOLOT OBJECT TO A CONTINUANCE OF THESE MATTERS.

COURT: BOTH MATTERS WILL BE SET FOR A FINAL HEARING ON SEPTEMBER 3, 2009 AT 2:00 P.M.