**ORDERED.**

Dated: August 11, 2009



Alan R. Solot -- 006587
TILTON & SOLOT
459 North Granada Avenue
Tucson, Arizona 85701
520-622-4622
520-882-9861 (fax)
arsolot@tiltonandsolot.com

Attorney for Debtor

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>NEIL F. MCHUGH,<br>    Debtor. | Chapter 11 Case<br><br>No. 4:09-bk-04619-EWH |
| AURORA LOAN SERVICES, its successors or assigns,<br>    Movant,<br>v.<br>NEIL F. MCHUGH,<br>    Respondent. | **ORDER GRANTING DEBTOR'S MOTION TO CONTINUE FINAL EVIDENTIARY HEARING** |

    This matter coming before the court on the Debtor's motion to continue the final hearing now scheduled for August 28, 2009, and good cause appearing,

    IT IS HEREBY ORDERED that the final evidentiary hearing in this matter shall be scheduled for September 9, 2009 at 10:00 for a two hour hearing in the U.S. Bankruptcy Court, 38 S. Scott, Room 446, Tucson Arizona.

    DONE IN OPEN COURT this _____ day of _____, 2009.

                                  _____
                                  UNITED STATES BANKRUPTCY JUDGE
                                  EILEEN W. HOLLOWELL

• • •

| | |
|---|---|
| 1 | Copy of the foregoing mailed/transmitted on August 11, 2009 to: |
| 2 | |
| 3 | Paul M. Levine, Esq.<br>Matthew A Silverman, Esq.<br>3636 North Central Avenue STE 1050 |
| 4 | Phoenix, AZ 85012<br>Attorneys for Movant |

TILTON & SOLOT
459 N. Granada Avenue
Tucson, Arizona 85701
520-622-4622

2