1  **TIFFANY & BOSCO**
   P.A.
2  2525 EAST CAMELBACK ROAD
   SUITE 300
3  PHOENIX, ARIZONA 85016
   TELEPHONE: (602) 255-6000
4  FACSIMILE: (602) 255-0192

5
   Mark S. Bosco
6  State Bar No. 010167
   Leonard J. McDonald
7  State Bar No. 014228
   Attorneys for Movant
8
   09-08134/1980273965
9

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: | No. 4:09-bk-04619-EWH |
|---|---|
| Neil F. McHugh | Chapter 11 |
| Debtor. | DECLARATION OF WITNESS |
| Chase Home Finance LLC | |
| Movant, | |
| vs. | |
| Neil F. McHugh, Debtors; US Trustee, Trustee. | |
| Respondents. | |

COMES NOW Jennifer L. Wuell, of lawful age, being duly sworn upon oath and deposes and says the following:

1. I make this Declaration of my own personal knowledge regarding matters to which I would be competent to testify under oath.

2. I am a **Mortgage Officer** for Chase Home Finance LLC. In such capacity, I have knowledge concerning the matters testified to herein.

3. As a **Mortgage Officer** for Chase Home Finance LLC, I have knowledge regarding accounts including the amount of the debt secured by the Deed of Trust executed by Neil F. McHugh on October 19, 2007. All entries into the records are made from regular and appropriate sources on or about the time of the events they describe, and it is the regular practice to make and keep such records.

4. Loan No. 1980273965 is in default for the post petition payment of 5/09 → **4/09** and each monthly payment thereafter for a post-petition default in the amount of $ **689.70 (4/09)** / **693.87 (5/09→)** plus accruing interest, late charges, advances (including but not limited to taxes and insurance), attorney's fees and costs associated with this hearing. Attached hereto as Exhibit "A" is a true and correct copy of Movant's loan history from the date of the bankruptcy filing.

5. The foregoing is true and correct of my personal knowledge, based upon the records concerning Movant's Loan No. 1980273965.

Further Declarant sayeth naught.

BY ___Jennifer L. Nawabi___

SUBSCRIBED AND SWORN to before me this **6th** day of **August**, 2009.

_____
Notary Public

JEFFREY A. JAVORSKY
Notary Public
State of Ohio
My Commission Expires March 9, 2014

Copy of the foregoing mailed
August 25, 2009, to:

Neil F. McHugh
8340 N. Thornydale Rd. STE. 110-405
Tucson, AZ 85741
Debtor

Alan R. Solot
459 N. Granada Ave.
Tucson, AZ 85701
Attorney for Debtors

US Trustee
230 North First Ave.
Suite 204Phoenix, AZ 85003
Trustee

Daniel White
c/o Physical Resource Engineering
PO Box 36985
Tucson AZ 85740

Aurora Loan Services
Attn: Customer Service
PO Box 1706
Scottsbluff NE 69363-1706

Zions Bank
National Bank of AZ--Nikki Savoy
6001 N 24th Street
Phoenix AZ 85016

Chase Home Finance
PO Box 24696
Columbus OH 43224-0696

Pima County Attorney's Office
32 N Stone #2100
Tucson AZ 85701

Countrywide Home Loans
Attn Customer Service SVB-314
PO Box 5170
Simi Valley CA 93062-5170

Bank of the West
7225 N Oracle Road
Tucson AZ 85704

Chase Card Services
PO Box 94014
Palatine IL 60094-4014

Wells Fargo Card
PO Box 10347
Des Moines IA 50306

Bank of America
PO Box 15026
Wilmington DE 19850-5026

American Express
PO Box 981535
El Paso TX 79998-1535

Vantage West Credit Union
PO Box 15115
Tucson AZ 85708


By:April Crane