**TIFFANY & BOSCO**
**P.A.**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

09-08134/1980273965

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Neil F. McHugh<br>      Debtor.<br>_____<br>Chase Home Finance LLC<br><br>      Movant,<br>  vs.<br><br>Neil F. McHugh, Debtor; Office of the US Trustee, Trustee.<br><br>      Respondents. | No. 4:09-bk-04619-EWH<br><br>Chapter 11<br><br>NOTICE OF PRELIMINARY HEARING<br><br>Related to Docket #36<br><br>October 1, 2009 at 2:00 p.m. |

NOTICE IS HEREBY GIVEN that a Preliminary Hearing, with respect to the Motion to Lift the Automatic Stay filed by Chase Home Finance LLC, Movant, has been set for October 1, 2009 at 2:00 p.m. to be held at the U.S. Bankruptcy Court located at 38 S. Scott Ave., Tucson, AZ, 4th floor, in Video Courtroom #206.

…

…

…

Dated this 25th day of August, 2009.

By  /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

COPY of the foregoing mailed
This 25th day of August, 2009 to:

Neil F. McHugh
8340 N. Thornydale Rd. STE. 110-405
Tucson, AZ  85741
Debtor

Alan R. Solot
459 N. Granada Ave.
Tucson, AZ  85701
Attorney for Debtor

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ 85003
Trustee

Daniel White
c/o Physical Resource Engineering
PO Box 36985
Tucson AZ 85740

Aurora Loan Services
Attn: Customer Service
PO Box 1706
Scottsbluff NE 69363-1706

Zions Bank
National Bank of AZ--Nikki Savoy
6001 N 24th Street
Phoenix AZ 85016

Chase Home Finance
PO Box 24696
Columbus OH 43224-0696

| | |
|---|---|
| 1 | Pima County Attorney's Office |
| 2 | 32 N Stone #2100<br>Tucson AZ 85701 |
| 3 | |
| 4 | Countrywide Home Loans<br>Attn Customer Service SVB-314 |
| 5 | PO Box 5170<br>Simi Valley CA 93062-5170 |
| 6 | Bank of the West |
| 7 | 7225 N Oracle Road<br>Tucson AZ 85704 |
| 8 | |
| 9 | Chase Card Services<br>PO Box 94014 |
| 10 | Palatine IL 60094-4014 |
| 11 | Wells Fargo Card<br>PO Box 10347 |
| 12 | Des Moines IA 50306 |
| 13 | Bank of America<br>PO Box 15026 |
| 14 | Wilmington DE 19850-5026 |
| 15 | American Express |
| 16 | PO Box 981535<br>El Paso TX 79998-1535 |
| 17 | |
| 18 | Vantage West Credit Union<br>PO Box 15115 |
| 19 | Tucson AZ 85708 |
| 20 | |
| 21 | By: Sheri L. Wray |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |