# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** NEIL F. MCHUGH
**Case Number:** 4:09-BK-04619-EWH  **Chapter:** 11
**Date / Time / Room:** THURSDAY, SEPTEMBER 03, 2009 02:00 PM  COURTROOM 206
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** EUNICE STROUD

## Matters:

1) go PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. THIRD, UNIT #103, TUCSON, AZ FILED BY GERARD R O'MEARA OF GUST ROSENFELD PLC ON BEHALF OF PINNACLE PREMIER HOME MORTGAGE.
   **R / M #:** 83 / 0

2) go FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: MORTGAGE RE 3649 E THIRD ST., UNIT #104 FILED BY GERARD R O'MEARA of GUST ROSENFELD PLC ON BEHALF OF PINNACLE PREMIER HOME MORTGAGE. (set at hrg held 8/6/09)
   **R / M #:** 32 / 0

3) go FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE 3649 E THIRD ST., UNIT # 203 FILED BY GERARD R O'MEARA OF GUST ROSENFELD PLC ON BEHALF OF PINNACLE PREMIER HOME MORTGAGE (set at hrg held 8/6/09)
   **R / M #:** 45 / 0

4) js PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD STREET #101, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA .
   **R / M #:** 43 / 0

5) ADM: 4:09-bk-04619-EWH
   js PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD ST., UNIT #201, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA.
   **R / M #:** 49 / 0

6) ADM: 4:09-bk-04619-EWH
   js PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3653 EAST 3RD ST. APTS 107, 108, 207, AND 208, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA.
   **R / M #:** 51 / 0

7) ADM: 4:09-bk-04619-EWH
   js PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 338 SONITA AVE. PATAGONIA, AZ 85624 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA.
   **R / M #:** 53 / 0

8) ADM: 4:09-bk-04619-EWH
   js PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD., UNIT #102, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA.
   **R / M #:** 55 / 0

(continue)...   4:09-BK-04619-EWH   THURSDAY, SEPTEMBER 03, 2009 02:00 PM

9) ADM: 4:09-bk-04619-EWH

   js PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: PROPERTY LOCATE AT 3649 E. 3RD ST., UNIT #202 TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA.

   R / M #:   57 / 0

10) ADM: 4:09-bk-04619-EWH

    js PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3651 EAST THIRD STREET #205, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF MERS AS NOMINEE FOR JPMORGAN CHASE BANK, NA.

    R / M #:   41 / 0

11) js PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3651 E. THIRD ST. #206, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF MERS AS NOMINEE FOR JPMORGAN CHASE BANK, NA .

    R / M #:   39 / 0

## *Appearances:*

ALAN R. SOLOT, ATTORNEY FOR NEIL F. MCHUGH
JASON P SHERMAN, ATTORNEY FOR MERS, NATIONAL BANK OF ARIZONA,  Appearing in Phoenix
GERARD R O'MEARA, ATTORNEY FOR PINNACLE PREMIER HOME MORTGAGE

## *Proceedings:*

ITEMS #32, 33 and 34 - MOTIONS FOR RELIEF FROM STAY ON BEHALF OF PINNACLE PREMIER HOME MORTGAGE

Mr. O'Meara states the parties have reached an agreement and asks that the hearings be vacated.  He hopes to have something uploaded in the next 14 days.

COURT:  THE HEARINGS ARE VACATED.

Court will await the orders.


ITEMS #35 THROUGH #42 - MOTIONS FOR RELIEF FROM STAY ON BEHALF OF NATIONAL BANK AND MERS

Mr. Sherman states that there is a proposal on the table he has not been able to review with his client.  He requests the hearings be continued.

COURT:  THE HEARINGS ARE CONTINUED AS PRELIMS TO THURSDAY, OCTOBER 1, 2009 AT 2:00 P.M.