Post-BAPCPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 4:09-bk-04619-EWH
)
**NEIL F. McHUGH** ) **INDIVIDUAL DEBTOR ENGAGED IN**
) **BUSINESS MONTHLY REPORT (modified)**
)
) MONTH OF July 2009
)
) DATE PETITION FILED: 3/13/2009
)
Debtor(s) ) TAX PAYER ID NO. : xxx-xx-0748

Nature of Debtor's Business: Apartment Rental

Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED ____March 13, 2009_____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_/s/ Neil McHugh_____ _____
ORIGINAL SIGNATURE OF DEBTOR ORIGINAL SIGNATURE OF CO-DEBTOR

Neil McHugh
PRINTED NAME OF DEBTOR PRINTED NAME OF CO-DEBTOR

August 20, 2009
DATE DATE

**PREPARER:**

_/s/ Garbielle Neboyia_____ Bookkeeper
ORIGINAL SIGNATURE OF PREPARER TITLE

Garbielle Neboyia August 20, 2009
PRINTED NAME OF PREPARER DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** Alan Solot

PHONE NUMBER: (602) 682-2600

ADDRESS: 459 N. Granada Ave Tucson, AZ 85701

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

Case Number: 4:09-bk-04619-EWH

Attach a copy of the Bank Statements to the Report

|  | Cash | Post-Petition Debtor-in-Possession Accounts ||| TOTAL |
|  |  | Individual Account | Account for CASA BLANCA |  |  |
| account number→ |  | # 151703172610 | # 151703172602 | # |  |
| Balance at Beginning of Period |  |  |  |  |  |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Income from employment & Retire. |  |  |  |  |  |
| Business Income (Rentals) |  | 4,500.00 | 11,175.00 |  | 15,675.00 |
| Loans and Advances |  |  |  |  |  |
| Sale of Assets |  |  |  |  |  |
| Gifts (money) |  |  |  |  |  |
| Transfers from Other Debtor Accounts |  |  |  |  |  |
| Other (attach list) |  |  |  |  |  |
| TOTAL RECEIPTS |  | 4,500.00 | 11,175.00 |  | 15,675.00 |

| Disbursements | | | | | |
|---|---|---|---|---|---|
| Personal Expenses | 250.00 | 3,490.93 | 189.36 |  | 3,930.29 |
| Business - Ordinary Operations |  |  |  |  |  |
| Pre-Petition Debt |  |  |  |  |  |
| Transfers to Other Debtor Accounts |  |  | 4,500.00 |  | 4,500.00 |
| Other (attach list) |  |  |  |  |  |
|  |  |  |  |  |  |
| Reorganization Expenses: |  |  |  |  |  |
| Attorney Fees |  | 604.17 |  |  | 604.17 |
| Accountant Fees |  |  |  |  |  |
| U. S. Trustee Quarterly Fee |  |  |  |  |  |
| Court Costs |  |  |  |  |  |
| TOTAL DISBURSEMENTS | 250.00 | 4,095.10 | 4,689.36 |  | 9,034.46 * |
| Balance at End of Month | -$250.00 | $404.90 | $6,485.64 |  | $6,640.54 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # |  |  |  |  |
| Name Acct # |  |  |  |  |
| Name Acct # |  |  |  |  |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: ||
|---|---|
| Total Disbursements - Individual DIP (from above) | 9,034.46 * |
| Plus: Estate Disbursements Made by Outside Sources (Mgmt company fees and payments for rentals mgmt) |  |
| Less: Transfers Between DIP Accounts | -4,500.00 |
| Subtotal |  |
| Total Disbursements for Calculating Quarterly Fees | 4,534.46 |

# CASA BLANCA CONDOMINIUMS

Case Number: 4:09-bk-04619-EWH

## INCOME STATEMENT
Cash Basis

| RENTAL INCOME | Current Month Rental Income | Year To Date (Post Bkcy) |
|---|---:|---:|
| *CASA BLANCA CONDOMINIUMS:* | | |
| UNIT 101 | 525.00 | 2,100.00 |
| UNIT 102 | 600.00 | 1,125.00 |
| UNIT 103 | 500.00 | 1,000.00 |
| UNIT 104 | 550.00 | 2,200.00 |
| UNIT 201 | 550.00 | 2,200.00 |
| UNIT 202 | 600.00 | 2,400.00 |
| UNIT 203 | 500.00 | 2,000.00 |
| UNIT 204 | 550.00 | 2,050.00 |
| UNIT 105 | 750.00 | 3,000.00 |
| UNIT 106 | 500.00 | 2,000.00 |
| UNIT 205 | 700.00 | 2,800.00 |
| UNIT 206 | 0.00 | 2,100.00 |
| UNIT 107 | 500.00 | 2,000.00 |
| UNIT 108 | 550.00 | 2,200.00 |
| UNIT 207 | 550.00 | 2,200.00 |
| UNIT 208 | 450.00 | 1,800.00 |
| Total Sales | 8,375.00 | 33,175.00 |

| OPERATING EXPENSES | | |
|---|---:|---:|
| Advertising | 0.00 | 81.15 |
| Insurance | 0.00 | 3,535.11 |
| Miscellaneous | 0.00 | 4,618.18 |
| Supplies | 914.17 | 1,370.38 |
| Utilities | 0.00 | 1,171.14 |
| Management | 1,280.00 | 5,200.00 |
| Total Operating Expenses | 2,194.17 | 15,975.96 |

| NET PROFIT OR (LOSS) | 6,180.83 | 17,199.04 |
|---|---:|---:|

(Note: Total operating expenses above should equal the total disbursments for the Casa Blanca bank account on page 2)

Case Number: 4:09-bk-04619-EWH

# QUESTIONNAIRE

|  | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? |  | X |
| 2. Have you made any payments to an attorney or accountant this month? |  | X |
| 3. Have any payments been made on prepetition liabilities during this reporting period? |  | X |
| 4. Have any post-petition loans been received by the debtor(s) from any party? |  | X |
| 5. Have any insurance policies or coverages expired? |  | X |
| 6. Are any post-petition real estate taxes past due? | X |  |
| 7. Have any pre-petition taxes been paid during this reporting period? |  | X |
| 8. Do you expect any significant income changes within the next 90 days? |  | X |
| 9. Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explanation of any "YES" answers to the above questions: (attach additional sheets if needed)

Please see addendum E

What progress has been made, during the reporting period, towards reorganizing your estate ?

Casa Blanca Condominiums is listed for sale.

My house in Patagonia, Arizona is listed for sale.

Case Number: 4:09-bk-04619-EWH                    PROPERTY STATUS

Please list each property separately, and provide a description and an address

| REAL PROPERTY PARCEL | SECURED CREDITOR | ORIGINAL LOAN BALANCE | SCHEDULED LOAN BALANCE |
|---|---|---|---|
| 1  Description of Investment<br>**CASA BLANCA CONDOMINIUMS**<br>3649 E THIRD ST, TUCSON<br>UNITS 101-104 & 201-204 | Addendum A | Addendum B | Addendum D |
| Acquisition Date: 01/01/81<br>Acquisition Cost: $28,125<br>Scheduled Value: $100,000/each | If real property, is it listed for sale?  Yes __X__      No _____<br>Amount of listing: $1,225,000 for all 16 units | | |
| 2  Description of Investment<br>**CASA BLANCA CONDOMINIUMS**<br>3651 E. THIRD STREET, TUCSON<br>UNITS 105 & 106, 205 & 206 | Addendum A | Addendum B | Addendum D |
| Acquisition Date: 01/01/81<br>Acquisition Cost: $28,125<br>Scheduled Value: $165,000 | If real property, is it listed for sale?  Yes __X__      No _____<br>Amount of listing: $1,225,000 | | |
| 3  Description of Investment<br>**CASA BLANCA CONDOMINIUMS**<br>3653 E. THIRD STREET, TUCSON<br>UNITS 107, 108, 207, 208 | Addendum A | Addendum B | Addendum D |
| Acquisition Date: 01/01/81<br>Acquisition Cost: $28,125<br>Scheduled Value: $100,000 | If real property, is it listed for sale?  Yes __X__      No _____<br>Amount of listing: $1,225,000 | | |
| 4  Description of Investment<br>**DEBTOR'S RESIDENCE**<br>8510 N. FREEMAN LANE, TUCSON | Addendum C | Addendum B | Addendum D |
| Acquisition Date: 10/1977<br>Acquisition Cost: $100,000<br>Scheduled Value: $440,000 | If real property, is it listed for sale?  Yes _____      No __X__<br>Amount of listing: $ | | |
| 5  Description of Investment<br>**PATAGONIA HOUSE**<br>338 SONOITA AVENUE, PATAGONIA | Addendum C | Addendum B | Addendum D |
| Acquisition Date: 04/2001<br>Acquisition Cost: $98,700<br>Scheduled Value: $800,000 | If real property, is it listed for sale?  Yes __X__      No _____<br>Amount of listing: $1,295,000 | | |

Page 5

| Case Number: 4:09-bk-04619-EWH | |
|---|---|

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)
*ATTACH COPIES OF BANK STATEMENTS*

**Month:** July 2009
**Account #** #151703172602
**Bank Name** US Bank

| Cash Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 7/3/2009 | Petty Cash | Miscellaneous Expense | 250.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 250.00 |

| CHECKS/DEBTS/ELECTRONIC TRANSACTIONS | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 1146 | 7/2/2009 | Garbielle Neboyia | Bookkeeping | 210.00 |
| 1147 | 7/3/2009 | Neil McHugh | Petty Cash (Miscellaneous) | 250.00 |
| 1148 | 7/3/2009 | Sara Neyoy | Management | 1,280.00 |
| 1149 | 7/3/2009 | Everardo Solano | Maintenance Expense | 300.00 |
| 1150 | 7/3/2009 | Neil McHugh | Withdrawal | 2,000.00 |
| | 7/3/2009 | Valero Gas | Gas Expense (car) | 28.83 |
| | 7/6/2009 | Home Depot | Supplies | 48.43 |
| | 7/6/2009 | Lowe's | Supplies | 17.13 |
| | 7/6/2009 | Home Depot | Supplies | 19.58 |
| | 7/6/2009 | Home Depot | Supplies | 529.44 |
| | 7/7/2009 | Sears | Supplies | 118.90 |
| | 7/7/2009 | Lowe's | Mini-blinds | 79.02 |
| 1151 | 7/9/2009 | Verizon Wireless | Business Phone | 99.26 |
| 1152 | 7/9/2009 | Neil McHugh | Withdrawal | 2,000.00 |
| 1153 | 7/10/2009 | Qwest | Business Phone | 99.78 |
| 1154 | 7/10/2009 | City of Tucson | Water & Sewage | 409.63 |
| 1155 | 7/10/2009 | TEP | Utilities | 31.37 |
| 1156 | 7/10/2009 | Ross Sanitation | Plumbing Expense | 175.00 |
| 1157 | 7/10/2009 | Everardo Solano | Maintenance Expense | 240.00 |
| | 7/14/2009 | Costco | Supplies | 54.05 |
| 1158 | 7/16/2009 | All-Pro Carpet | Carpet Cleaning | 90.00 |
| **Total checks listed on this page** | | | | **8,080.42** |
| **Total checks listed on continuation pages** | | | | **2,159.88** |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 10,490.30 |
|---|---|

| Case Number: | 4:09-bk-04619-EWH | | | |
|---|---|---|---|---|

**CONTINUATION SHEET**
(INDIVIDUAL ACCOUNTS)

**Month:** July 2009
**Account #** #151703172602
**Bank Name** US Bank

| | | CHECKS ISSUED | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | 7/19/2009 | Valero Gas | Gas Expense (car) | 30.00 |
| 1159 | 7/20/2009 | Southwest Gas | Gas | 51.72 |
| | 7/22/2009 | Lowe's | Supplies | 47.63 |
| | 7/24/2009 | AZ Community Physic | Physician (Medical Expense) | 44.80 |
| | 7/24/2009 | Basha's | Food Expense | 85.73 |
| 1160 | 7/28/2009 | Neil McHugh | Withdrawal | 500.00 |
| 1161 | 7/30/2009 | US Bank | A/C - Apt#102 | 1,400.00 |
| **TOTAL DISBURSEMENTS - THIS PAGE** | | | | **2,159.88** |

| Case Number: | 4:09-bk-04619-EWH |
|---|---|

# Disbursement Detail
*ATTACH COPIES OF BANK STATEMENTS*

**Month:** July 2009
**Account #** #151703172602
**Bank Name** US Bank

| | | Transfers to Personal Account | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 1150 | 7/3/2009 | Neil McHugh | Withdrawal | 2,000.00 |
| 1152 | 7/9/2009 | Neil McHugh | Withdrawal | 2,000.00 |
| 1160 | 7/28/2009 | Neil McHugh | Withdrawal | 500.00 |
| | | | Total Transfers to Personal Account | 4,500.00 |

| | | ELECTRONIC DISBURSEMENTS AND CHECKS ISSUED | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 1146 | 7/2/2009 | Garbielle Neboyia | Bookkeeping | 210.00 |
| 1147 | 7/3/2009 | Neil McHugh | Petty Cash (Miscellaneous) | 250.00 |
| 1148 | 7/3/2009 | Sara Neyoy | Management | 1,280.00 |
| 1149 | 7/3/2009 | Everardo Solano | Maintenance Expense | 300.00 |
| 1150 | 7/3/2009 | Neil McHugh | Withdrawal | 2,000.00 |
| | 7/3/2009 | Valero Gas | Gas Expense (car) | 28.83 |
| | 7/6/2009 | Home Depot | Supplies | 48.43 |
| | 7/6/2009 | Lowe's | Supplies | 17.13 |
| | 7/6/2009 | Home Depot | Supplies | 19.58 |
| | 7/6/2009 | Home Depot | Supplies | 529.44 |
| | 7/7/2009 | Sears | Supplies | 118.90 |
| | 7/7/2009 | Lowe's | Mini-blinds | 79.02 |
| 1151 | 7/9/2009 | Verizon Wireless | Business Phone | 99.26 |
| 1152 | 7/9/2009 | Neil McHugh | Withdrawal | 2,000.00 |
| 1153 | 7/10/2009 | Qwest | Business Phone | 99.78 |
| 1154 | 7/10/2009 | City of Tucson | Water & Sewage | 409.63 |
| 1155 | 7/10/2009 | TEP | Utilities | 31.37 |
| 1156 | 7/10/2009 | Ross Sanitation | Plumbing Expense | 175.00 |
| 1157 | 7/10/2009 | Everardo Solano | Maintenance Expense | 240.00 |
| | 7/14/2009 | Costco | Supplies | 54.05 |
| 1158 | 7/16/2009 | All-Pro Carpet | Carpet Cleaning | 90.00 |
| | 7/19/2009 | Valero Gas | Gas Expense (car) | 30.00 |
| 1159 | 7/20/2009 | Southwest Gas | Gas | 51.72 |
| | 7/22/2009 | Lowe's | Supplies | 47.63 |
| | | | Total Checks/debits | 8,209.77 |

| TOTAL DISBURSEMENTS - THIS PAGE | 12,709.77 |
|---|---|

| Case Number: 4:09-bk-04619-EWH | | | | CONTINUATION SHEET |
|---|---|---|---|---|

**Month:** July 2009
**Account #** #151703172602
**Bank Name** US Bank

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | 7/24/2009 | AZ Community Physic | Physician (Medical Expense) | 44.80 |
| | 7/24/2009 | Basha's | Food Expense | 85.73 |
| 1160 | 7/28/2009 | Neil McHugh | Withdrawal | 500.00 |
| 1161 | 7/30/2009 | US Bank | A/C - Apt#102 | 1,400.00 |

| TOTAL DISBURSEMENTS - THIS PAGE | 2,030.53 |
|---|---|