Alan R. Solot
TILTON & SOLOT
459 North Granada Avenue
Tucson, Arizona 85701
520-622-4622
520-882-9861 fax
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | Chapter 11 Case |
|---|---|
| NEIL F. McHUGH, | No. 4-09-bk-04619-EWH |
| Debtor | **AMENDMENT TO SCHEDULE F UNSECURED NON-PRIORITY CLAIMS** |

The debtor, through his undersigned attorney, Alan R. Solot, hereby submits an Amendment to Schedule F List of Unsecured Non-Priority Claims to add the following creditors:

| Creditor | Amount | Account # |
|---|---|---|
| THE SAGE TAX GROUP II<br>1773 E PRINCE ROAD<br>TUCSON AZ 85719 | 742.47 | 3684 |

Dated this 16th day of September 2009

/s/ *Alan R. Solot*   SBN 006587
ALAN R. SOLOT
Attorney for Debtor

Copy of the foregoing mailed this
16th day of September 2009 to:

US TRUSTEES OFFICE
230 N 1st Avenue #204
Phoenix, AZ 85003-1725

And all creditors named above