# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |
|---|---|
| **Debtor:** | NEIL F. MCHUGH |
| **Case Number:** | 4:09-BK-04619-EWH     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 01, 2009 02:00 PM    COURTROOM 206 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## Matters:

1) mb PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD ST. UNIT 204, TUCSON, AZ 85716 FILED BY MARK BOSCO OF TIFFANY & BOSCO ON BEHALF OF CHASE HOME FINANCE LLC .
   **R / M #:** 36 / 0

2) js CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD STREET #101, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA . (cont from 9/3/09)
   **R / M #:** 43 / 0

3) ADM: 4:09-bk-04619-EWH
   js CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD ST., UNIT #201, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA.
   (cont from 9/3/09)
   **R / M #:** 49 / 0

4) ADM: 4:09-bk-04619-EWH
   js CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3653 EAST 3RD ST. APTS 107, 108, 207, AND 208, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA.
   (cont from 9/3/09)
   **R / M #:** 51 / 0

5) ADM: 4:09-bk-04619-EWH
   js CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 338 SONITA AVE. PATAGONIA, AZ 85624 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA. (cont from 9/3/09)
   **R / M #:** 53 / 0

6) ADM: 4:09-bk-04619-EWH
   js CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD., UNIT #102, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA. (cont from 9/3/09)
   **R / M #:** 55 / 0

7) ADM: 4:09-bk-04619-EWH
   js CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: PROPERTY LOCATE AT 3649 E. 3RD ST., UNIT #202 TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA. (cont from 9/3/09)
   **R / M #:** 57 / 0

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    4:09-BK-04619-EWH    THURSDAY, OCTOBER 01, 2009 02:00 PM

8) ADM: 4:09-bk-04619-EWH

js CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3651 EAST THIRD STREET #205, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF MERS AS NOMINEE FOR JPMORGAN CHASE BANK, NA. (cont from 9/3/09)

R / M #:    41 / 0

9) js CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3651 E. THIRD ST. #206, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF MERS AS NOMINEE FOR JPMORGAN CHASE BANK, NA . (cont from 9/3/09)

R / M #:    39 / 0

## *Appearances:*

ALAN R. SOLOT, ATTORNEY FOR NEIL F. MCHUGH
JASON P SHERMAN, ATTORNEY FOR MERS, NATIONAL BANK OF ARIZONA, NATIONAL BANK OF AZ, Appearing in Phoenix
LEONARD J. MCDONALD, ATTORNEY FOR CHASE HOME FINANCE LLC, Appearing in Phoenix

## *Proceedings:*

ITEMS #1 - 9 ARE DISCUSSED SIMULTANEOUSLY

Mr. Solot states that all of the properties except one are located in the same building. The debtor's plan will be to sell the building to pay creditors and all valid liens on the property. A plan can be filed in thirty days or less.

COURT: ALL MATTERS ARE CONTINUED TO A ONE-MINUTE FINAL ON WEDNESDAY, NOVEMBER 4, 2009 AT 2:00 P.M. No evidentiary hearing order to issue.