# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** NEIL F. MCHUGH
**Case Number:** 4:09-BK-04619-EWH    **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, NOVEMBER 04, 2009 02:00 PM   COURTROOM 206
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** BEVERLY GRANILLO

## Matters:

1) mb FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD ST. UNIT 204, TUCSON, AZ 85716 FILED BY MARK BOSCO OF TIFFANY & BOSCO ON BEHALF OF CHASE HOME FINANCE LLC . (set at hrg. held 10/01/09)
   **R / M #:**   36 / 0

2) js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD STREET #101, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA . (cont from 9/3/09) (set at hrg. held 10/01/09)
   **R / M #:**   43 / 0

3) ADM: 4:09-bk-04619-EWH
   js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD ST., UNIT #201, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA.
    (cont from 9/3/09) (set at hrg. held 10/01/09)
   **R / M #:**   49 / 0

4) ADM: 4:09-bk-04619-EWH
   js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3653 EAST 3RD ST. APTS 107, 108, 207, AND 208, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA.
    (cont from 9/3/09) (set at hrg. held 10/01/09)
   **R / M #:**   51 / 0

5) ADM: 4:09-bk-04619-EWH
   js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 338 SONITA AVE. PATAGONIA, AZ 85624 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA. (cont from 9/3/09) (set at hrg. held 10/01/09)
   **R / M #:**   53 / 0

6) ADM: 4:09-bk-04619-EWH
   js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD., UNIT #102, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA. (cont from 9/3/09) (set at hrg. held 10/01/09)
   **R / M #:**   55 / 0

7) ADM: 4:09-bk-04619-EWH
   js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: PROPERTY LOCATE AT 3649 E. 3RD ST., UNIT #202 TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA. (cont from 9/3/09) (set at hrg. held 10/01/09)
   **R / M #:**   57 / 0

(continue)... 4:09-BK-04619-EWH  WEDNESDAY, NOVEMBER 04, 2009 02:00 PM

8) ADM: 4:09-bk-04619-EWH

js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3651 EAST THIRD STREET #205, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF MERS AS NOMINEE FOR JPMORGAN CHASE BANK, NA. (cont from 9/3/09) (set at hrg. held 10/01/09)

R / M #:   41 / 0

9) js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3651 E. THIRD ST. #206, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF MERS AS NOMINEE FOR JPMORGAN CHASE BANK, NA . (cont from 9/3/09) (set at hrg. held 10/01/09)

R / M #:   39 / 0

## *Appearances:*

ALAN R. SOLOT, ATTORNEY FOR NEIL F. MCHUGH
JASON P SHERMAN, ATTORNEY FOR CHASE AND NATIONAL BANK OF ARIZONA, Appearing in Phoenix
LEONARD J. MCDONALD, ATTORNEY FOR CHASE HOME FINANCE LLC, Appearing in Phoenix

## *Proceedings:*

Mr. Solot states offers have been made to all creditors to resolve this pending confirmation of the plan. They don't have agreements with National Bank on anything  He is working on an agreement with Mr. Sherman for Chase. He has not had any contact with Mr. McDonald about an agreement for Chase. He was hoping to set the plan confirmation hearing and have the final hearings ride the calendar.

Mr. McDonald has not seen the plan. It was his understanding that the debtor was attempting to sell the building. He has not seen a settlement proposal. His client is looking for adequate protection. He has no objection to setting plan confirmation with stay relief.

Mr. Sherman states that he has reviewed the plan. The plan is conditioned upon paying off the Patagonia house. There is a disagreement about equity. It does not provide for adequate protection payments to National Bank of Arizona. As to Chase they did agree to a stipulation but Mr. Solot did not indicate that the terms provide that the stay lifts in any event after six months. The plan is just a liquidation all conditioned upon the Patagonia house being sold and no adequate protection payments being made to National Bank.

Court asks Mr. Solot where the rents are.

Mr. Solot states the rents are being received and used by the debtor to support himself.

COURT: THE DEBTOR MUST SEQUESTER  RENTS BEING RECEIVED FROM THE PROPERTIES TO BE PAID TO MR. SOLOT OR THE STAY WILL BE LIFTED. MR. SOLOT TO CONFIRM FUNDS WITH CHASE AND NATIONAL BANK OF ARIZONA OR ON THREE DAYS NOTICE,  COUNSEL MAY FILE A NOTICE OF FAILURE TO COMPLY WITH THE ADEQUATE PROTECTION ORDER OF THE COURT.  The ten days will be waived. DEBTOR'S ORAL MOTION IS GRANTED AND A COMBINED HEARING ON APPROVAL OF DISCLOSURE STATEMENT AND CONTESTED PLAN CONFIRMATION IS SET FOR WEDNESDAY, JANUARY 13, 2009 AT 10:00 A.M.  Counsel to submit order and notice hearing. The final hearings will ride the calendar subject to court's order.  If Mr. Sherman and Mr. McDonald  have no witnesses and want to make oral argument, they can appear by video.