PERRY & SHAPIRO, L.L.P.
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for National Bank of Arizona
[FILE 09-010998 NBZ]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: <br><br> NEIL F. MCHUGH, <br><br> Debtor. | Case # 4:09-BK-04619-EWH <br><br> Chapter 11 Proceedings |
| NATIONAL BANK OF ARIZONA, its assigns and / or successors-in-interest, <br> Movant, <br> v. <br> NEIL F. MCHUGH, <br> Respondent. | **NOTICE OF NON-COMPLIANCE WITH ORDER and NOTICE OF LODGING ORDER LIFTING THE AUTOMATIC STAY** |

Notice is hereby given that the Debtor has failed to comply with the minute entry order dated November 4, 2009 (Docket #133) concerning adequate protection. On November 6, 2009, the undersigned sent an email to Debtor's counsel requesting proof of the sequestering of rents pursuant to the terms of the referenced Order. A copy of the message is attached hereto. Debtor has failed to comply.

NOTICE is hereby given that National Bank has lodged an Order lifting stay referencing motions for relief filed at Docket numbers 43, 49, 51, 53, 55, and 57.

| | |
|---|---|
| 1 | DATED this 29 day of December, 2009. |
| 2 | |
| 3 | Perry & Shapiro, L.L.P. |
| 4 | |
| 5 | _____<br>Christopher R. Perry |
| 6 | Jason P. Sherman<br>Attorney for National Bank of<br>Arizona |

```
DATED this 29 day of December, 2009.


                                    Perry & Shapiro, L.L.P.


                                    _____
                                    Christopher R. Perry
                                    Jason P. Sherman
                                    Attorney for National Bank of
                                    Arizona

Original filed this 29 day
of December, 2009 with:

United States Bankruptcy Court
38 S Scott Ave, Suite 204
Tucson, AZ 85701

Copy of the foregoing was mailed
this 29 day of December, 2009 to:

Attorney for Debtor:
Alan R. Solot, Esq.
459 N. Granada Avenue
Tucson, AZ 85701

Debtor:
Neil McHugh
8340 N. Thornydale Rd STE 110-405
Tucson, AZ 85741


By _____
```