PERRY & SHAPIRO, L.L.P.
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for MERS, Inc. as nominee for
JP Morgan Chase Bank NA
[FILE 09-009825 CHE]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NEIL F. MCHUGH,<br><br>Debtor. | Case # 4:09-bk-04619-EWH<br><br>Chapter 11 Proceedings |
| MERS, INC. AS NOMINEE FOR JP MORGAN CHASE BANK NA, its assigns and / or successors-in-interest,<br>Movant,<br>v.<br><br>NEIL F. MCHUGH,<br><br>Respondent. | **FIRST NOTICE OF DEFAULT** |

Notice is hereby given that the following payments owed to MERS, Inc. as nominee for JP Morgan Chase Bank NA, ("CHASE"), have not been received:

1. Adequate Protection Payments due October 2009 through December 2009 (3 months) in the amount of $167.00 per month, for a total amount due of $501.00.

| | |
|---|---|
| 1 | Pursuant to the Stipulation and Consent Order signed on December 15, 2009 by Honorable Eileen W. Hollowell, U.S. Bankruptcy Court, this amount must be received by CHASE in their offices within 10 days of the date of this Notice, or else the automatic stay imposed against CHASE shall be immediately lifted without further notice or hearing. |

Pursuant to the Stipulation and Consent Order signed on December 15, 2009 by Honorable Eileen W. Hollowell, U.S. Bankruptcy Court, this amount must be received by CHASE in their offices within 10 days of the date of this Notice, or else the automatic stay imposed against CHASE shall be immediately lifted without further notice or hearing.

Payment to cure the default amount listed above is to be made payable to Chase Home Finance, LLC and should be **delivered to the following address*** within the time period described above:

**PERRY & SHAPIRO, L.L.P.**
3300 N. Central Ave., #2200
Phoenix, Arizona 85012
(602) 222-5711
Facsimile (602) 222-5701
Facsimile (847) 627-8802

DATED this 8 day of January, 2010.

_____
Jason P. Sherman
Attorney for Chase Home Finance, LLC

Original filed this 8 day of January, 2010 with:

United States Bankruptcy Court
38 S Scott Ave, Suite 204
Tucson, AZ 85701

Copy of the foregoing was mailed this 8 day of January, 2010 to:

FIRST NOTICE OF DEFAULT  - 2 -  # 4:09-BK-04619-EWH

Case 4:09-bk-04619-EWH   Doc 149   Filed 01/08/10   Entered 01/08/10 17:00:50   Desc
Main Document    Page 2 of 3

```
 1 | Attorney for Debtor:
   | ALAN SOLOT
   | 459 NORTH GRANADA AVENUE
 2 | TUCSON, AZ 85701
 3 |
   | Debtor:
 4 | Neil F. McHugh
   | 8340 North Thornydale Road Suite 110-405
 5 | Tucson, AZ 85741
```

By _____/s/_____