| | |
|---|---|
| 1 | **PERRY & SHAPIRO, L.L.P.**<br>3300 N. Central Avenue, #2200 |
| 2 | Phoenix, Arizona 85012<br>(602) 222-5711 |
| 3 | (602) 222-5701 Facsimile<br>(847) 627-8802 Facsimile |
| 4 | AZNotices@logs.com, e-mail<br>Christopher R. Perry, Bar #009801 |
| 5 | Jason P. Sherman, Bar #019999<br>Attorney for MERS, Inc. as nominee for |
| 6 | JP Morgan Chase Bank<br>[FILE 09-009811 CHE] |
| 7 | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| 10 | In re: | Case # 4:09-bk-04619-EWH |
| 11 | NEIL F. MCHUGH, | Chapter 11 Proceedings |
| 12 | Debtor. | |
| 13 | MERS, INC. AS NOMINEE FOR JP MORGAN CHASE BANK, its assigns | **FIRST NOTICE OF DEFAULT** |
| 14 | and / or successors-in-interest, | |
| 15 | Movant,<br>v. | |
| 16 | NEIL F. MCHUGH, | |
| 17 | Respondent. | |

Notice is hereby given that the following payments owed to MERS, Inc. as nominee for JP Morgan Chase Bank, ("CHASE"), have not been received:

1. Adequate Protection Payments due October 2009 through December 2009 (3 months) in the amount of $167.00 per month, for a total amount due of $501.00.

FIRST NOTICE OF DEFAULT     · 1 ·     # 4:09-BK-04619-EWH

1    Pursuant to the Stipulation and Consent Order signed

2    on December 15, 2009 by Honorable Eileen W. Hollowell, U.S.

3    Bankruptcy Court, this amount must be received by CHASE in their

4    offices within 10 days of the date of this Notice, or else the

5    automatic stay imposed against CHASE shall be immediately lifted

6    without further notice or hearing.

7        Payment to cure the default amount listed above is to

8    be made payable to Chase Home Finance, LLC and should be

9    **delivered to the following address*** within the time period

10   described above:

11   **PERRY & SHAPIRO, L.L.P.**
     3300 N. Central Ave., #2200
12   Phoenix, Arizona 85012
     (602) 222-5711
13   Facsimile (602) 222-5701
     Facsimile (847) 627-8802

14

15       DATED this _5_ day of January, 2010.

16

17       _____
         Jason P. Sherman
18       Attorney for Chase Home
         Finance, LLC

19

     Original filed this _8_ day
20   of January, 2010 with:

21   United States Bankruptcy Court
     38 S Scott Ave, Suite 204
22   Tucson, AZ 85701

23   Copy of the foregoing was mailed
     this _8_ day of January, 2010 to:
24

Case 4:09-bk-04619-EWH    Doc 150    Filed 01/08/10    Entered 01/08/10 17:05:57    Desc
Main Document    Page 2 of 3

1

Attorney for Debtor:
2    Alan R. Solot, Esq.
     459 N. Granada Avenue
3    Tucson, AZ 85701

4

Debtor:
5    Neil F. McHugh
     8340 North Thornydale Road Suite 110-405
6    Tucson, AZ 85741

7

8    By _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24