# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-08134

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:<br><br>Neil F. McHugh<br><br>Debtor.<br><br>Chase Home Finance LLC<br><br>Movant,<br>vs.<br><br>Neil F. McHugh, Debtor; Office of the US Trustee, Trustee.<br><br>Respondents. | No. 4:09-bk-04619-EWH<br><br>Chapter 11<br><br>NOTICE OF NON-COMPLIANE WITH ORDER AND NOTICE OF LODGING ORDER LIFTING THE AUTOMATIC STAY |
|---|---|

Notice is hereby given that the debtor has failed to comply with the minute entry order dated on November 4, 2009 (Docket #133) concerning adequate protection. Pursuant to the court minute entry Debtor must sequester rents being received from the properties to be paid to Mr. Solot or the stay will be lifted.

Notice is hereby given that Chase Home Finance, LLC has lodged an Order lifting stay referencing motions for relief filed at docket number 36.

DATED this 11th day of January, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorney for Movant

Copy of the foregoing
Mailed on January 11, 2010, to:

Neil F. McHugh
8340 N. Thornydale Rd. STE. 110-405
Tucson, AZ 85741
Debtor

Alan R. Solot
459 N. Granada Ave.
Tucson, AZ 85701
Attorney for Debtor

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ 85003
Trustee

Attorney for Trustee

Daniel White
c/o Physical Resource Engineering
PO Box 36985
Tucson AZ 85740

| | |
|---|---|
| 1 | Aurora Loan Services |
| | Attn: Customer Service |
| 2 | PO Box 1706 |
| | Scottsbluff NE 69363-1706 |
| 3 | |
| 4 | Zions Bank |
| | National Bank of AZ--Nikki Savoy |
| 5 | 6001 N 24th Street |
| | Phoenix AZ 85016 |
| 6 | |
| | Chase Home Finance |
| 7 | PO Box 24696 |
| | Columbus OH 43224-0696 |
| 8 | |
| | Pima County Attorney's Office |
| 9 | 32 N Stone #2100 |
| | Tucson AZ 85701 |
| 10 | |
| 11 | Countrywide Home Loans |
| | Attn Customer Service SVB-314 |
| 12 | PO Box 5170 |
| | Simi Valley CA 93062-5170 |
| 13 | |
| 14 | Bank of the West |
| | 7225 N Oracle Road |
| 15 | Tucson AZ 85704 |
| 16 | |
| | Chase Card Services |
| 17 | PO Box 94014 |
| | Palatine IL 60094-4014 |
| 18 | |
| 19 | Wells Fargo Card |
| | PO Box 10347 |
| 20 | Des Moines IA 50306 |
| 21 | Bank of America |
| | PO Box 15026 |
| 22 | Wilmington DE 19850-5026 |
| 23 | |
| | American Express |
| 24 | PO Box 981535 |
| | El Paso TX 79998-1535 |
| 25 | |
| 26 | |

| | |
|---|---|
| 1 | Vantage West Credit Union<br>PO Box 15115<br>Tucson AZ 85708 |
| 2 | |
| 3 | |
| 4 | U.S. Trustee<br>230 North 1st Avenue, Suite 204<br>Phoenix, AZ 85003-1706 |
| 5 | |
| 6 | By: <u>April Crane</u> |