# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | NEIL F. MCHUGH |
| **Case Number:** | 4:09-BK-04619-EWH     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 13, 2010 10:00 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matters:*

1) CONTINUED mb FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD ST. UNIT 204, TUCSON, AZ 85716 FILED BY MARK BOSCO OF TIFFANY & BOSCO ON BEHALF OF CHASE HOME FINANCE LLC . (set at hrg. held 10/01/09) (cont. from 11/4/09)
   **R / M #:**   36 / 0

2) CONTINUED js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD STREET #101, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA . (cont from 9/3/09) (set at hrg. held 10/01/09) (cont. from 11/4/09)
   **R / M #:**   43 / 0

3) ADM: 4:09-bk-04619-EWH
   CONTINUED js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD ST., UNIT #201, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA.
    (cont from 9/3/09) (set at hrg. held 10/01/09) (cont. from 11/4/09)
   **R / M #:**   49 / 0

4) ADM: 4:09-bk-04619-EWH
   CONTINUED js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3653 EAST 3RD ST. APTS 107, 108, 207, AND 208, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA.
    (cont from 9/3/09) (set at hrg. held 10/01/09) (cont. from 11/4/09)
   **R / M #:**   51 / 0

5) ADM: 4:09-bk-04619-EWH
   CONTINUED js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 338 SONITA AVE. PATAGONIA, AZ 85624 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA. (cont from 9/3/09) (set at hrg. held 10/01/09) (cont. from 11/4/09)
   **R / M #:**   53 / 0

6) ADM: 4:09-bk-04619-EWH
   CONTINUED js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3649 E. 3RD., UNIT #102, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA. (cont from 9/3/09) (set at hrg. held 10/01/09) (cont. from 11/4/09)
   **R / M #:**   55 / 0

7) ADM: 4:09-bk-04619-EWH
   CONTINUED js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: PROPERTY LOCATE AT 3649 E. 3RD ST., UNIT #202 TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF NATIONAL BANK OF ARIZONA. (cont from 9/3/09) (set at hrg. held 10/01/09) (cont. from 11/4/09)
   **R / M #:**   57 / 0

# Minute Entry

(continue)... 4:09-BK-04619-EWH         WEDNESDAY, JANUARY 13, 2010 10:00 AM

8) ADM: 4:09-bk-04619-EWH

CONTINUED js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3651 EAST THIRD STREET #205, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF MERS AS NOMINEE FOR JPMORGAN CHASE BANK, NA. (cont from 9/3/09) (set at hrg. held 10/01/09) (cont. from 11/4/09)

R / M #:   41 / 0

**VACATED:   A CONSENT ORDER MODIFYING THE STAY HAS BEEN ENTERED (DE #141).**

9) CONTINUED js FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3651 E. THIRD ST. #206, TUCSON, AZ 85716 FILED BY JASON SHERMAN OF PERRY & SHAPIRO, LLP ON BEHALF OF MERS AS NOMINEE FOR JPMORGAN CHASE BANK, NA . (cont from 9/3/09) (set at hrg. held 10/01/09) (cont. from 11/4/09)

R / M #:   39 / 0

**VACATED:   A CONSENT ORDER MODIFYING THE STAY HAS BEEN ENTERED (DE #142).**

## *Appearances:*

ALAN R. SOLOT, ATTORNEY FOR NEIL F. MCHUGH
JASON P SHERMAN, ATTORNEY FOR NATIONAL BANK OF ARIZONA AND CHASE HOME FINANCE, Appearing in Phoenix
LEONARD J. MCDONALD, ATTORNEY FOR CHASE HOME FINANCE LLC, Appearing in Phoenix

## *Proceedings:*

Mr. Solot states the debtor's plan cannot be performed at this time and they will be filing an amendment.  The debtor is operating the property for the benefit of all concerned.  He is using the rental income to support the property.  He has not done as court has ordered.  Rental is the debtor's only income.

Mr. Sherman states on December 29th a notice of non-compliance was filed.  They have had no proof as ordered by the court.  He requests court grant the orders.

Mr. McDonald mirrors Mr. Sherman's comments.  He has filed a notice of non-compliance as well.  He requests the court lift the stay.

COURT:  THE ORDERS LIFTING STAY WILL BE ENTERED IN THE ORDINARY COURSE.

Page 2 of 2

Case 4:09-bk-04619-EWH   Doc 153   Filed 01/13/10   Entered 01/13/10 10:18:27   Desc
Main Document    Page 2 of 2                                   1/13/2010   10:17:38AM