FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:09−bk−04619−EWH

NEIL F. McHUGH  Chapter: 11
8340 N. Thornydale Rd STE 110−405
Tucson, Az 85741
**SSAN:** xxx−xx−0748
**EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

---

You are hereby notified that on January 15, 2010, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: January 15, 2010**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** | Clerk of the Bankruptcy Court: |
| U.S. Bankruptcy Court, Arizona | |
| 38 S. Scott Avenue | **Brian D. Karth** |
| Tucson, AZ 85701−1704 | |
| Telephone number: (520) 202−7500 | |
| www.azb.uscourts.gov | |

# CERTIFICATE OF NOTICE

```
District/off: 0970-4          User: granillob           Page 1 of 1              Date Rcvd: Jan 15, 2010
Case: 09-04619                Form ID: ntcntry          Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 17, 2010.
db            +NEIL F. McHUGH,    8340 N. Thornydale Rd STE 110-405,    Tucson, Az 85741-1162

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2010                      Signature:      *Joseph Speetjens*