**ORDERED.**

**Dated: January 15, 2010**

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-08134

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Neil F. McHugh<br>      Debtor.<br>_____<br>Chase Home Finance, LLC<br>      Movant,<br>  vs.<br><br>Neil F. McHugh, Debtor; Gayle E. Mills, Trustee.<br><br>      Respondents. | No. 4:09-bk-04619-EWH<br><br>Chapter 11<br><br>O R D E R<br><br>(Related to Docket # 36) |

    This matter having come before the Court for a Preliminary Hearing on November 4, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtors appearing by and through their counsel, Alan R. Solot, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated October 19, 2007, in the office of the Pima County

Recorder at wherein Chase Home Finance, LLC. is the current beneficiary and Neil F. McHugh have an interest in, further described as:

> Unit 12 of CASA BLANCA CONDOMINIUMS, according to the Plat recorded in the Office of the County Recorder of Pima County, Arizona, in Book 33 of Maps and Plats Page 80.
>
> TOGETHER WITH an undivided fractional interest in common elements as set forth in Declaration of Horizontal Property Regime recorded in Docket 6466, Page 849.
>
> EXCEPT all coal and other minerals as reserved by the United States of America in Deed Book 48, Page 164.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

```
District/off: 0970-4          User: granillob          Page 1 of 1                Date Rcvd: Jan 15, 2010
Case: 09-04619                Form ID: pdf004          Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 17, 2010.
db         +NEIL F. McHUGH,    8340 N. Thornydale Rd STE 110-405,    Tucson, Az 85741-1162

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2010                     Signature:  *Joseph Speetjens*